Enter JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. HINSHAW,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERESER A. BANK, WARDEN,<br><br>　　　　Respondent. | Case No. CV 11-05802 GAF (AN)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

DATED: August 5, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE